JAMES POOLEY, CA Bar No. 58041
*JPooley@mofo.com*
SUSAN V. VAUGHAN, CA Bar No. 223576
*SVaughan@mofo.com*
JONATHAN L. MCFARLAND, CA Bar No. 247601
*JMcfarland@mofo.com*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

DAVID SCHNAPF, CA Bar No. 100199
*dschnapf@townsend.com*
ERIC P. JACOBS, CA Bar No. 88413
*epjacobs@townsend.com*
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111-3834
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

Attorneys for Plaintiff
ALIPHCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>PLANTRONICS, INC.,<br><br>           Defendant. | Case No. CV 09-0788 PJH<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The Court, HEREBY ORDERS that the above-captioned action is dismissed without prejudice.

Dated:  __May 1__, 2009          _____
                                                        PHYLLIS J. HAMILTON
                                                        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
Case No. CV 09-0788 PJH
pa-1332942

1